# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 02-CR-606-MK
                          03-CR-183-MK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOAQUIN  TALAVERA-PADILLA

       Defendant.

---

ORDER ALLOWING DISCLOSURE OF THE PRESENTENCE REPORT, CASE NO. 02-CR-606-MK, AND SUPERVISED RELEASE VIOLATION REPORT, CASE NO. 03-CR-183-MK, TO THE UNITED STATES PROBATION DEPARTMENT FOR THE DISTRICT OF NEW MEXICO

---

THIS MATTER is before the court upon request of David Banegas, United States Probation Officer, District of New Mexico, for permission to review the Presentence and Supervised Release Violation Reports prepared in the District of Colorado to assist him in preparation of their presentence report, case number 1084 2:05M09142-001WPL.  Upon further review, the court

ORDERS the Presentence or Supervised Release Violation Report prepared for this court may be disclosed and that they not be copied or in any way disclosed beyond the scope of this order.

DATED at Denver, Colorado, this 19th day of December, 2005.

BY THE COURT:

_Marcia S. Krieger_

_____

Marcia S. Krieger
United States District Judge