UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00183-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOAQUIN TALAVERA-PADILLA,

       Defendant.

**ORDER AND NOTICE OF HEARING**

**IT IS HEREBY ORDERED** that a Supervised Release Violation Hearing will be held on **September 29, 2006 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 17th day of August, 2006

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge